IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50531
Summary Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MANUEL VILLARREAL,

Defendant-Appellant.

Appeal from the United States District Court
for the
Western District of Texas
(W-95-CR 007 23)

April 4, 1997

Before JOHNSON, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

Manuel Villarreal appeals his sentence following his guilty-plea conviction for possession with intent to distribute marijuana. The district court did not clearly error in determining the amount of marihuana attributable to him for sentencing purposes. See United States v. Angulo, 927 F.2d 202, 205 (5th Cir. 1991). Furthermore, the district court did not abuse its discretion by denying prior to sentencing Villarreal's motion for appointment of

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

a polygraph expert.  See <u>United States v. Patterson</u>, 724 F.2d 1128,

1130 (5th Cir. 1984).